IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANDRE RHYNES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05cv0524-VPM |
| ) | [WO] |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

In response to the court's order requiring the defendant to show cause why the plaintiff's motion for attorney fees (Doc. # 19) pursuant to 28 U.S.C. § 2412 (2000) should not be granted (Doc. # 22), the defendant, rather than respond specifically to the mandate, instead informed the court that the parties have agreed to a fee award of $3,500, which represents a reduction of $507.68 from the amount originally requested (Doc. # 23). While the court appreciates the parties' efforts to reach a mutual agreement regarding the amount of fees to be awarded and does not wish to dissuade such efforts in the future, the parties undoubtedly are aware and are reminded that the court must make an independent determination regarding the reasonableness of the fee request and the appropriate basis for any inflationary adjustment requested. § 2412(d)(2)(A). Moreover, the plaintiff has failed to indicate whether he is, in fact, in agreement with the defendant's position. Therefore, it is hereby

ORDERED that on or before 25 August 2006, the plaintiff shall inform the court

whether he agrees to the reduced fee award. If so, the plaintiff shall amend his original motion to reflect the reduced request and explain the basis or bases for the reduction, *i.e.*, a specific reduction in the hourly fee requested, hours or cost claimed or an alternative method of calculating the requested inflationary adjustment.

DONE this 16th day of August, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE